**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-CR-20090-PCH**

UNITED STATES OF AMERICA,

v.

SERGIO ABISAI CHACON ALDANA,

Defendant.
_______________________________________________/

**ORDER**

**THIS MATTER** came before the Court upon Magistrate Judge Lauren Fleischer Louis's Report and Recommendation ("R&R") on Change of Plea [ECF No. 16], which was entered on October 20, 2026. In the R&R, Judge Louis found that the Defendant Sergio Abisai Chacon Aldana ("Defendant") freely and voluntarily pled guilty to Count I of the Indictment, which charges Defendant with conspiring to possess with intent to distribute five kilograms or more of cocaine, knowing that it would be imported into the United States, in violation of Title 21, United States Code, Sections 963 and 959(a).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Louis's R&R and notes that Defendant has filed a Notice of Non-Objection to the R&R [ECF No. 18]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty of Count I of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Wednesday, February 3, 2027 at 1:00 P.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida on November 23, 2026.



PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All Counsel of Record
United States Probation Office